IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

GLENN K. MUIR,

          Petitioner,

    v.

MARION FEATHERS, Warden,
Sheridan Federal Correctional
Institution,

         Respondent.

Case No. 3:13-cv-00382-AC

ORDER

BROWN, Judge.

The Court GRANTS Petitioner's Motion to Dismiss as Moot [19].

IT IS SO ORDERED.

DATED this 17th day of April, 2013.

                ANNA J. BROWN
                United States District Judge

1 - ORDER -